**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Tina M. Saldana and Anthony R. Saldana | ) | |
| | ) | Case No.19-13937 |
| Debtor(s). | ) | Honorable Judge Pamela S. Hollis |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES Capital One Auto Finance, a division of Capital One, N.A., by and through its undersigned attorney, on its Objection to Confirmation of Chapter 13 Plan, and in support thereof states as follows:

1. Capital One Auto Finance, a division of Capital One, N.A., has a security interest in one 2015 CHEVROLET Impala Sedan 4D LT V6, VIN 2G1125S37F9225090, which was properly perfected by recording its lien on title. (Please see Exhibit A & B.)

2. Capital One Auto Finance, a division of Capital One, N.A., alleges the value set forth in Debtors' Chapter 13 Plan is unacceptable. Debtors propose a "cramdown" pursuant to 11 U.S.C. §506 and allege the value of the collateral is $14,225.00.

3. Capital One Auto Finance, a division of Capital One, N.A. alleges the value of said vehicle is $15,425.00 pursuant to a NADA valuation. (Please see Exhibit C.)

4. Capital One Auto Finance, a division of Capital One, N.A., alleges the proposed interest rate of 6.000% is unacceptable and is requesting a minimum interest rate of 6.500%.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A., respectfully requests this Court of entry of an Order denying confirmation and for such other and further relief as the Court deems just.

Respectfully submitted,

*/s/  Jennifer Rinn*

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Tina M. Saldana and Anthony R. Saldana | ) | |
| | ) | Case No.19-13937 |
| Debtor(s). | ) | Honorable Judge Pamela S. Hollis |

**NOTICE OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

*AN OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN HAS BEEN FILED.

Please be advised that the attached objection to confirmation of chapter 13 plan shall be presented on August 09, 2019, at 11:30 AM before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 pursuant to the notice generated by the court on July 08, 2019, to the following parties:

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

Patrick S Layng
219 S Dearborn St, Room 873
Chicago, IL 60604

David M Siegel
790 Chaddick Drive
Wheeling, IL 60090
davidsiegelbk@gmail.com

The objection was further served by depositing a printed copy into the US Mail on July 08, 2019, with postage prepaid at the address listed on the creditor matrix, upon the following parties, others not served:

Tina M. Saldana and Anthony R. Saldana
901 Briarcliff
Minooka, IL 60447

/s/ Jennifer Rinn
Jennifer Rinn